UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN BURTIS (#532364)            CIVIL ACTION

VERSUS

17-426-SDD-RLB

DARRYL VANNOY, ET AL.

### RULING AND JUDGMENT OF DISMISSAL

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 2, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* is denied, with prejudice, as untimely. It is further ordered that, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability is hereby denied.

For the above reasons, this matter is hereby dismissed in its entirety.

Signed in Baton Rouge, Louisiana on January 29, 2019.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10.